NEYLAN, Respondent, v. JAMES REILLY'S SONS CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Patrick Neylan against the James Reilly's Sons Company. H. S. Sayers, for appellant. L. Steckler, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,000, in which event judgment, as

so modified, and order, affirmed, without costs. Settle order on notice.

INGRAHAM, P. J., and LAUGHLIN, J., dissent, and vote for reversal.